FILED

2022 Dec-23  AM 08:46
U.S. DISTRICT COURT
N.D. OF ALABAMA

# KNIGHT TRANSPORTATION, INC.'S EXHIBIT A

# Copies of All Pleadings, Process, Papers on File in the Record of the State Court Action

ELECTRONICALLY FILED
11/29/2022 3:34 PM
11-CV-2022-900559.00
CIRCUIT COURT OF
CALHOUN COUNTY, ALABAMA
KIM McCARSON, CLERK

| State of Alabama<br>Unified Judicial System<br><br>Form ARCiv-93   Rev. 9/18 | **COVER SHEET**<br>**CIRCUIT COURT - CIVIL CASE**<br>(Not For Domestic Relations Cases) | Case:<br>11 |
|---|---|---|
| | | Date of Filing:        Judge Code:<br>11/29/2022 |

## GENERAL INFORMATION

### IN THE CIRCUIT COURT OF CALHOUN COUNTY, ALABAMA
### TRACY DALE LAMBERT v. AKOSUA LUSIETTO PORCH ET AL

**First Plaintiff:** ☐ Business  ☑ Individual  ☐ Government  ☐ Other

**First Defendant:** ☐ Business  ☑ Individual  ☐ Government  ☐ Other

**NATURE OF SUIT:** Select primary cause of action, by checking box (check only one) that best characterizes your action:

**TORTS: PERSONAL INJURY**
- ☐ WDEA - Wrongful Death
- ☐ TONG - Negligence: General
- ☑ TOMV - Negligence: Motor Vehicle
- ☐ TOWA - Wantonness
- ☐ TOPL - Product Liability/AEMLD
- ☐ TOMM - Malpractice-Medical
- ☐ TOLM - Malpractice-Legal
- ☐ TOOM - Malpractice-Other
- ☐ TBFM - Fraud/Bad Faith/Misrepresentation
- ☐ TOXX - Other: _____

**TORTS: PERSONAL INJURY**
- ☐ TOPE - Personal Property
- ☐ TORE - Real Property

**OTHER CIVIL FILINGS**
- ☐ ABAN - Abandoned Automobile
- ☐ ACCT - Account & Nonmortgage
- ☐ APAA - Administrative Agency Appeal
- ☐ ADPA - Administrative Procedure Act
- ☐ ANPS - Adults in Need of Protective Service

**OTHER CIVIL FILINGS (cont'd)**
- ☐ MSXX - Birth/Death Certificate Modification/Bond Forfeiture Appeal/ Enforcement of Agency Subpoena/Petition to Preserve
- ☐ CVRT - Civil Rights
- ☐ COND - Condemnation/Eminent Domain/Right-of-Way
- ☐ CTMP - Contempt of Court
- ☐ CONT - Contract/Ejectment/Writ of Seizure
- ☐ TOCN - Conversion
- ☐ EQND - Equity Non-Damages Actions/Declaratory Judgment/ Injunction Election Contest/Quiet Title/Sale For Division
- ☐ CVUD - Eviction Appeal/Unlawful Detainer
- ☐ FORJ - Foreign Judgment
- ☐ FORF - Fruits of Crime Forfeiture
- ☐ MSHC - Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition
- ☐ PFAB - Protection From Abuse
- ☐ EPFA - Elder Protection From Abuse
- ☐ QTLB - Quiet Title Land Bank
- ☐ FELA - Railroad/Seaman (FELA)
- ☐ RPRO - Real Property
- ☐ WTEG - Will/Trust/Estate/Guardianship/Conservatorship
- ☐ COMP - Workers' Compensation
- ☐ CVXX - Miscellaneous Circuit Civil Case

**ORIGIN:**   F ☑ INITIAL FILING        A ☐ APPEAL FROM DISTRICT COURT        O ☐ OTHER

R ☐ REMANDED        T ☐ TRANSFERRED FROM OTHER CIRCUIT COURT

**HAS JURY TRIAL BEEN DEMANDED?**   ☑ YES  ☐ NO        Note: Checking "Yes" does not constitute a demand for a jury trial. (See Rules 38 and 39, Ala.R.Civ.P, for procedure)

**RELIEF REQUESTED:**   ☑ MONETARY AWARD REQUESTED  ☐ NO MONETARY AWARD REQUESTED

**ATTORNEY CODE:**
HOR062

11/29/2022 3:34:42 PM
Date

/s/ WARNER O. HORNSBY
Signature of Attorney/Party filing this form

**MEDIATION REQUESTED:**   ☐ YES  ☐ NO  ☑ UNDECIDED

Election to Proceed under the Alabama Rules for Expedited Civil Actions:   ☐ YES  ☑ NO

DOCUMENT 2

ELECTRONICALLY FILED
11/29/2022 3:34 PM
11-CV-2022-900559.00
CIRCUIT COURT OF
CALHOUN COUNTY, ALABAMA
KIM MCCARSON, CLERK

## IN THE CIRCUIT COURT OF
## CALHOUN COUNTY, ALABAMA

| | |
|---|---|
| TRACY DALE LAMBERT, | * |
| | * |
| **Plaintiff,** | * |
| | * |
| Vs. | *      CASE NO. CV-2022-_____ |
| | * |
| AKOSUA LUSIETTO PORCH, | * |
| KNIGHT TRANSPORTATION, | *      JURY DEMAND |
| INC., STATE FARM MUTUAL | * |
| AUTOMOBILE INSURANCE | * |
| COMPANY, and Fictitious Defendants | * |
| "A", "B", and "C" whether singular or | * |
| plural, those persons, firms, | * |
| corporations, or other entities whose | * |
| wrongful conduct caused or contributed | * |
| to the cause of the injuries and damages | * |
| to the Plaintiff at this time, but will be | * |
| substituted when ascertained. | * |
| | * |
| **Defendant.** | * |

## COMPLAINT

## STATEMENT OF THE PARTIES

1.      Plaintiff Tracy Dale Lambert is over the age of majority and is a citizen of the Calhoun County, State of Alabama.

2.      Defendant Akosua Lusietto Porch is over the age of majority and is a citizen of the State of Illinois and may be served at 223 W. Bond Street, Golconda, Illinois 62938.

3.      Defendant Knight Transportation, Inc. (hereinafter referred to as "KTI") is a foreign corporation doing business in the state of Alabama. Defendant Knight Transportation, Inc. may be served by its agent, C T Corporation System, 2 North Jackson Street, Suite 605, Montgomery, Alabama.

4.      Defendant State Farm Mutual Automobile Insurance Company (hereinafter "State Farm") is the automobile insurance company which insured Plaintiff Tracy Dale Lambert and provided underinsured motorist coverage to the same. State Farm is a foreign corporation doing business in Calhoun County, Alabama.

5.      Fictitious Defendants "A", "B", and "C", whether singular or plural, are those persons, firms, corporations, or other entities whose wrongful conduct caused or contributed to the cause of the injuries and damages to the Plaintiff, all of whose true and correct names are unknown to Plaintiff at this time, but will be substituted by amendment when ascertained.

## STATEMENT OF THE FACTS

6.      On or about October 3, 2022, Tracy Dale Lambert was operating his 2004 Kia Optima EX vehicle traveling on Highway 78 near Talladega, Calhoun County, Alabama.

7.      Defendant Porch was an agent of Defendant KTI and was operating a truck owned by Defendant KTI within the line and scope of her employment with Defendant KTI. At all times mentioned herein, Defendant KTI owned the vehicle being operated by Defendant Porch and had permitted and entrusted Defendant Porch to use said vehicle.

8.      On the aforesaid date, Defendant Porch was operating an 18-wheel tractor trailer at or near Highway 78 when she pulled out in front of Plaintiff Lambert. Defendant Porch failed to keep a proper lookout, which constitutes negligence per se, and caused the truck she was driving to collide with the automobile driven by Plaintiff Lambert, who was properly and lawfully operating his vehicle.

9.     As a proximate result of the collision, Plaintiff Lambert sustained severe and permanent injuries from the wreck.

10.     Plaintiff has a contract for insurance with Defendant State Farm for his 2004 Kia Optima vehicle (VIN #KNAGD128645292853) that provided coverage for Plaintiff's vehicle under policy #541 3283-B01-01B.

11.     Plaintiff also has a contract for insurance with Defendant State Farm that includes underinsurance motorist liability coverage.

12.     The amount in controversy is more than $10,000 exclusive of cost and fees.

## COUNT ONE

### (Negligence)

13.     Plaintiff realleges all prior paragraphs of the Complaint as if fully set out here in.

14.     At the aforesaid time and place, Defendant Porch negligently operated the 18-wheel tractor trailer she was driving causing her vehicle to crash into Plaintiff Lambert's vehicle.

15.     As a proximate consequence of Defendant Porch's negligence, Plaintiff Lambert was severely and permanently injured.

Wherefore, Plaintiff Lambert demands judgment against Defendants in such amount as a jury may award and her costs of this action.

## COUNT TWO

### (Wantonness)

16.     Plaintiff realleges all prior paragraphs of the Complaint as if set out here in full.

DOCUMENT 2

17.     At the aforesaid time and place, Defendant Porch wantonly operated her the 18-wheel tractor trailer so as to cause it to crash with the vehicle being driven by Plaintiff Lambert.

18.     As a proximate consequence of Defendant Porch's wantonness, Plaintiff Lambert was severely and permanently injured.

Wherefore, Plaintiff, Tracy Dale Lambert demands judgment against Defendants in such amount as a jury may award and his costs of this action.

### COUNT THREE

### (Negligent Hiring, Training, and Supervision)

19.     Plaintiff realleges all prior paragraphs of the Complaint as if set out here in full.

20.     Defendant KTI knew or should have known that Defendant Porch was incapable of safely operating the subject vehicle.

21.     Defendant KTI negligently hired, trained, and supervised Defendant Porch.

22.     As a proximate result of Defendant KTI's negligence, Plaintiff was injured and damaged as described in paragraph 10 above.

WHEREFORE, Plaintiff demands judgment against Defendants in such an amount as a jury may award for compensatory damages and for the costs of this action.

### COUNT FOUR

### (Underinsured Motorist Claim)

23.     Plaintiff realleges all prior paragraphs of the Complaint as if set out here in full.

24.     Defendant State Farm is an underinsured motorist insurance carrier for the Plaintiff, pursuant to Policy No. 541 3283-B01-01B.

25.     The full amount of the insurance policy, plus interest, is due from Defendant State Farm to Plaintiff for his injuries as set forth above.

26.     Plaintiff has hereby made a claim under the policy and Defendant State Farm has breached its contract with Plaintiff in that Defendant State Farm has not paid the value of the Plaintiff's legitimate claim pursuant to the terms of the policy.

WHEREFORE, Plaintiff demands judgment against Defendants in such an amount which will fully compensate him for his loss; and the costs of this action.

/s/Warner O. Hornsby
WARNER O. HORNSBY (HOR062)
Attorney for Plaintiffs

OF COUNSEL:

BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.
P.O. BOX 4160
MONTGOMERY, AL 36103-4160
Warner.Hornsby@beasleyallen.com
(334) 269-2343 (Phone)
(334) 954-7555 (Fax)

**JURY DEMAND**

PLAINTIFF HEREBY DEMANDS TRIAL BY JURY ON ALL ISSUES OF THIS CAUSE.

/s/Warner O. Hornsby
OF COUNSEL

DOCUMENT 3



AlaFile E-Notice

11-CV-2022-900559.00

To:  WARNER O. HORNSBY
     warner.hornsby@beasleyallen.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF CALHOUN COUNTY, ALABAMA

TRACY DALE LAMBERT V. AKOSUA LUSIETTO PORCH ET AL
11-CV-2022-900559.00

The following complaint was FILED on 11/29/2022 3:34:48 PM

Notice Date:     11/29/2022 3:34:48 PM

KIM MCCARSON
CIRCUIT COURT CLERK
CALHOUN COUNTY, ALABAMA
25 WEST 11TH STREET
ANNISTON, AL, 36201

256-231-1750
Kim.McCarson@alacourt.gov



AlaFile E-Notice

11-CV-2022-900559.00

To:  AKOSUA LUSIETTO PORCH
223 W. BOND STREET
GOLCONDA, IL, 62938

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF CALHOUN COUNTY, ALABAMA

TRACY DALE LAMBERT V. AKOSUA LUSIETTO PORCH ET AL
11-CV-2022-900559.00

The following complaint was FILED on 11/29/2022 3:34:48 PM

Notice Date:     11/29/2022 3:34:48 PM

KIM MCCARSON
CIRCUIT COURT CLERK
CALHOUN COUNTY, ALABAMA
25 WEST 11TH STREET
ANNISTON, AL, 36201

256-231-1750
Kim.McCarson@alacourt.gov



AlaFile E-Notice

11-CV-2022-900559.00

To:  KNIGHT TRANSPORTATION, INC.
C/O CT CORP SYSTEM, AGENT
2 N. JACKSON ST, STE 605
MONTGOMERY, AL, 36104

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF CALHOUN COUNTY, ALABAMA

TRACY DALE LAMBERT V. AKOSUA LUSIETTO PORCH ET AL
11-CV-2022-900559.00

The following complaint was FILED on 11/29/2022 3:34:48 PM

Notice Date:     11/29/2022 3:34:48 PM

KIM MCCARSON
CIRCUIT COURT CLERK
CALHOUN COUNTY, ALABAMA
25 WEST 11TH STREET
ANNISTON, AL, 36201

256-231-1750
Kim.McCarson@alacourt.gov



AlaFile E-Notice

11-CV-2022-900559.00

To:  STATE FARM MUT. AUTOMOBILE INS CO
C/O CORP SVC CO., AGENT
641 S. LAWRENCE STREET
MONTGOMERY, AL, 36104

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF CALHOUN COUNTY, ALABAMA

TRACY DALE LAMBERT V. AKOSUA LUSIETTO PORCH ET AL
11-CV-2022-900559.00

The following complaint was FILED on 11/29/2022 3:34:48 PM

Notice Date:      11/29/2022 3:34:48 PM

KIM MCCARSON
CIRCUIT COURT CLERK
CALHOUN COUNTY, ALABAMA
25 WEST 11TH STREET
ANNISTON, AL, 36201

256-231-1750
Kim.McCarson@alacourt.gov

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>11-CV-2022-900559.00 |
|---|---|---|

## IN THE CIRCUIT COURT OF CALHOUN COUNTY, ALABAMA
## TRACY DALE LAMBERT V. AKOSUA LUSIETTO PORCH ET AL

**NOTICE TO:** AKOSUA LUSIETTO PORCH, 223 W. BOND STREET, GOLCONDA, IL 62938

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), WARNER O. HORNSBY

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: 218 COMMERCE STREET, MONTGOMERY, AL 36104

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☑ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☐ Service by certified mail of this Summons is initiated upon the written request of _____
pursuant to the Alabama Rules of the Civil Procedure.

*[Name(s)]*

| 11/29/2022 | /s/ KIM MCCARSON | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☐ Certified Mail is hereby requested.

*(Plaintiff's/Attorney's Signature)*

## RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____

*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

in _____ County,

*(Name of Person Served)*  *(Name of County)*

Alabama on _____ .

*(Date)*

_____        _____        *(Address of Server)*

*(Type of Process Server)*   *(Server's Signature)*        _____

_____        _____

*(Server's Printed Name)*   *(Phone Number of Server)*

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | SUMMONS<br>- CIVIL - | Court Case Number<br>11-CV-2022-900559.00 |
|---|---|---|

**IN THE CIRCUIT COURT OF CALHOUN COUNTY, ALABAMA**
**TRACY DALE LAMBERT V. AKOSUA LUSIETTO PORCH ET AL**

**NOTICE TO:** KNIGHT TRANSPORTATION, INC., C/O CT CORP SYSTEM, AGENT 2 N. JACKSON ST, STE 605, MONTGOMERY, AL 36104

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), WARNER O. HORNSBY                                                                        ,

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: 218 COMMERCE STREET, MONTGOMERY, AL 36104                              .

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of TRACY DALE LAMBERT pursuant to the Alabama Rules of the Civil Procedure.                        *[Name(s)]*

| 11/29/2022 | /s/ KIM MCCARSON | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.          /s/ WARNER O. HORNSBY

*(Plaintiff's/Attorney's Signature)*

**RETURN ON SERVICE**

☐ Return receipt of certified mail received in this office on _____ .

*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

_____ in _____ County,

*(Name of Person Served)*                      *(Name of County)*

Alabama on _____ .

*(Date)*

_____          _____          _____

*(Type of Process Server)*          *(Server's Signature)*                  *(Address of Server)*

                                  _____          _____

                                  *(Server's Printed Name)*              *(Phone Number of Server)*

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>11-CV-2022-900559.00 |
|---|---|---|

**IN THE CIRCUIT COURT OF CALHOUN COUNTY, ALABAMA**
**TRACY DALE LAMBERT V. AKOSUA LUSIETTO PORCH ET AL**

**NOTICE TO:** STATE FARM MUT. AUTOMOBILE INS CO, C/O CORP SVC CO., AGENT 641 S. LAWRENCE STREET, MONTGOMERY, AL 36104

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), WARNER O. HORNSBY

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: 218 COMMERCE STREET, MONTGOMERY, AL 36104

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☒ Service by certified mail of this Summons is initiated upon the written request of TRACY DALE LAMBERT pursuant to the Alabama Rules of the Civil Procedure.

*[Name(s)]*

| 11/29/2022 | /s/ KIM MCCARSON | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☒ Certified Mail is hereby requested.      /s/ WARNER O. HORNSBY

*(Plaintiff's/Attorney's Signature)*

**RETURN ON SERVICE**

☐ Return receipt of certified mail received in this office on _____.

*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

in _____ County,

*(Name of Person Served)*                          *(Name of County)*

Alabama on _____.

*(Date)*

_____      _____      *(Address of Server)*

*(Type of Process Server)*      *(Server's Signature)*

_____      _____

*(Server's Printed Name)*                          *(Phone Number of Server)*

DOCUMENT 1-1

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:



STATE FARM MUT. AUTOMOBILE INS CO

C/O CORP SVC CO., AGENT

641 S. LAWRENCE STREET

MONTGOMERY, AL 36104



9590 9402 5364 9189 5712 86

2. Article Number (Transfer from service label)

7019 2970 0001 9949 2199

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X *Kelly Webster*   ☑ Agent   ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery

12-5-22

FILED

DEC 9 2022

KIM McCARSON, CLERK

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☐ Certified Mail®
- ☑ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
  Restricted Delivery

- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☑ Return Receipt for Merchandise
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053          Domestic Return Receipt

DOCUMENT 13



**USPS TRACKING #**

9590 9402 5364 9189 5712 86

**United States
Postal Service**

First-Class Mall
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

Kim McCarson

Circuit Clerk of Calhoun County

300 Calhoun County Courthouse

25 West 11th Street

Anniston, AL 36201





AlaFile E-Notice

11-CV-2022-900559.00

Judge: BUD TURNER

To: HORNSBY WARNER O'DANIEL
warner.hornsby@beasleyallen.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CALHOUN COUNTY, ALABAMA

TRACY DALE LAMBERT V. AKOSUA LUSIETTO PORCH ET AL
11-CV-2022-900559.00

The following matter was served on 12/5/2022

**D003 STATE FARM MUT. AUTOMOBILE INS CO**

**Corresponding To**

CERTIFIED MAIL

KIM MCCARSON
CIRCUIT COURT CLERK
CALHOUN COUNTY, ALABAMA
25 WEST 11TH STREET
ANNISTON, AL, 36201

256-231-1750
Kim.McCarson@alacourt.gov

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

$0122900551$

KNIGHT TRANSPORTATION, INC.

C/O CT CORP SYSTEM, AGENT

2 N. JACKSON ST, STE 605

MONTGOMERY, AL 36104   $0002$



9590 9402 5364 9189 5712 79

2. Article Number (Transfer from service label)

7019 2970 0001 9949 2182

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____   ☐ Agent
                     ☐ Addressee

B. Received by (Printed Name)      C. Date of Delivery

Falton Ferguson   10/30/22

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

FILED

DEC 1 2 2022

xIM McCARSON, CLERK

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☐ Certified Mail®
   ☑ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ ... Restricted Delivery

   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☑ Return Receipt for Merchandise
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053                Domestic Return Receipt

DOCUMENT 1-1



USPS TRACKING #

MONTGOMERY, AL 360

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

9590 9402 5364 9189 5712 79

**United States
Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

Kim McCarson

Circuit Clerk of Calhoun County

300 Calhoun County Courthouse

25 West 11th Street

Anniston, AL 36201





AlaFile E-Notice

11-CV-2022-900559.00

Judge: BUD TURNER

To: HORNSBY WARNER O'DANIEL
warner.hornsby@beasleyallen.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CALHOUN COUNTY, ALABAMA

TRACY DALE LAMBERT V. AKOSUA LUSIETTO PORCH ET AL
11-CV-2022-900559.00

The following matter was served on 11/30/2022

D002 KNIGHT TRANSPORTATION, INC.
Corresponding To
CERTIFIED MAIL

KIM MCCARSON
CIRCUIT COURT CLERK
CALHOUN COUNTY, ALABAMA
25 WEST 11TH STREET
ANNISTON, AL, 36201

256-231-1750
Kim.McCarson@alacourt.gov

DOCUMENT 5



ELECTRONICALLY FILED
12/20/2022 10:16 AM
11-CV-2022-900559.00
CIRCUIT COURT OF
CALHOUN COUNTY, ALABAMA
KIM MCCARSON, CLERK

# Kankakee County Sheriff's Office
## Civil Process Affidavit

CP# 2022-00005735        Case# 11-CV-2022-900559.00                Summons

**Plaintiff:**
TRACY DALE LAMBERT

**Defendant:**
AKOSUA LUSIETTO PORCH

Court of Origin: CALHOUN

**I certify that I have served this process on the defendant as follows:**

☐  **Personal Service**

☑  **Substitute Service:** By leaving a copy of the court document at the defendant's usual place of abode with some person of the family, of the age of 13 years or upwards, who is the defendant's ___MOTHER___ (relationship), and informing that person of the contents thereof, and by sending a copy of the process in a sealed envelope addressed to the defendant at his/her usual place on ___12/13/22___ (date).

☐  **Corporate Service:**        Name: _____

    *PATRICIA PORCH*        Title: _____
                                 (agent, authorized person or partner of said corporation)

☐  **Posted**

__AKOSUA LUSIETTO PORCH__                          _____  _____  _____
*Name of Defendant*                                 Sex          Race         DOB

__154 E STATION ST__                                St. Anne, IL 60964
*Address of Defendant*                              *City/State*

_____                             _____
*Address of Service*                                *City/State*

Michael D. Downey, Sheriff. By: _____     *K. SELSEY*
                                 *Deputy's Signature*    *Deputy's Printed Name and Badge#*

☑  Served ___12/13/22___

☐  Returned Not Served _____ day of _____ 20 ___ at _____.

| Moved | ☐ | Wrong Address | ☐ | **Service Attempts** | |
|---|---|---|---|---|---|
| No Contact | ☐ | No Such Address | ☐ | Date/Time  Deputy | Date/Time  Deputy |
| Empty Lot | ☐ | Returned Per Atty. | ☐ | | |
| No Apt# | ☐ | Paper Expired | ☐ | | |
| Deceased | ☐ | Other Note Below | ☐ | | |

Officer's Comments: _____



AlaFile E-Notice

11-CV-2022-900559.00

To:  WARNER O. HORNSBY
     warner.hornsby@beasleyallen.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF CALHOUN COUNTY, ALABAMA

TRACY DALE LAMBERT V. AKOSUA LUSIETTO PORCH ET AL
11-CV-2022-900559.00

The following RETURN ON SERVICE - SERVED was FILED on 12/20/2022 10:17:00
AM

Notice Date:     12/20/2022 10:17:00 AM

KIM MCCARSON
CIRCUIT COURT CLERK
CALHOUN COUNTY, ALABAMA
25 WEST 11TH STREET
ANNISTON, AL, 36201

256-231-1750
Kim.McCarson@alacourt.gov



AlaFile E-Notice

11-CV-2022-900559.00

To:  PORCH AKOSUA LUSIETTO (PRO SE)
223 W. BOND STREET
GOLCONDA, IL, 62938-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF CALHOUN COUNTY, ALABAMA

TRACY DALE LAMBERT V. AKOSUA LUSIETTO PORCH ET AL
11-CV-2022-900559.00

The following RETURN ON SERVICE - SERVED was FILED on 12/20/2022 10:17:00
AM

Notice Date:     12/20/2022 10:17:00 AM

KIM MCCARSON
CIRCUIT COURT CLERK
CALHOUN COUNTY, ALABAMA
25 WEST 11TH STREET
ANNISTON, AL, 36201

256-231-1750
Kim.McCarson@alacourt.gov



AlaFile E-Notice

11-CV-2022-900559.00

To:  KNIGHT TRANSPORTATION, INC. (PRO SE)
C/O CT CORP SYSTEM, AGENT
2 N. JACKSON ST, STE 605
MONTGOMERY, AL, 36104-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF CALHOUN COUNTY, ALABAMA

TRACY DALE LAMBERT V. AKOSUA LUSIETTO PORCH ET AL
11-CV-2022-900559.00

The following RETURN ON SERVICE - SERVED was FILED on 12/20/2022 10:17:00
AM

Notice Date:      12/20/2022 10:17:00 AM

KIM MCCARSON
CIRCUIT COURT CLERK
CALHOUN COUNTY, ALABAMA
25 WEST 11TH STREET
ANNISTON, AL, 36201

256-231-1750
Kim.McCarson@alacourt.gov



AlaFile E-Notice

11-CV-2022-900559.00

To:  STATE FARM MUT. AUTOMOBILE INS CO (PRO SE)
     C/O CORP SVC CO., AGENT
     641 S. LAWRENCE STREET
     MONTGOMERY, AL, 36104-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF CALHOUN COUNTY, ALABAMA

TRACY DALE LAMBERT V. AKOSUA LUSIETTO PORCH ET AL
11-CV-2022-900559.00

The following RETURN ON SERVICE - SERVED was FILED on 12/20/2022 10:17:00
AM

Notice Date:     12/20/2022 10:17:00 AM

KIM MCCARSON
CIRCUIT COURT CLERK
CALHOUN COUNTY, ALABAMA
25 WEST 11TH STREET
ANNISTON, AL, 36201

256-231-1750
Kim.McCarson@alacourt.gov



AlaFile E-Notice

11-CV-2022-900559.00

To:  WARNER O. HORNSBY
     warner.hornsby@beasleyallen.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF CALHOUN COUNTY, ALABAMA

TRACY DALE LAMBERT V. AKOSUA LUSIETTO PORCH ET AL
11-CV-2022-900559.00

The following RETURN ON SERVICE - SERVED was FILED on 12/20/2022 10:17:00
AM

Notice Date:      12/20/2022 10:17:00 AM

KIM MCCARSON
CIRCUIT COURT CLERK
CALHOUN COUNTY, ALABAMA
25 WEST 11TH STREET
ANNISTON, AL, 36201

256-231-1750
Kim.McCarson@alacourt.gov